UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-25194-CIV-MARTINEZ

ACISCLO VALLADARES URRUELA,

    Petitioner,

v.

GARRETT RIPA, KRISTI NOEM,
TODD M. LYONS, and PAMELA BONDI
*in their official capacities*,

    Respondents.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon Petitioner's Notice of Voluntary Dismissal Without Prejudice, (ECF No. 7). It is hereby **ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of November, 2025.

_____
RODOLFO A. RUIZ II
for JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record